FILED 07/13/2005 05:21 7182324333 PAGE 02/03
Case 1:05-cv-02005-ARR-KAM Document 5 Filed 07/14/2005 Page 1 of 2

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 18 2005 ★
P.M.
TIME A.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HOME DECOR FURNITURE AND LIGHTING and
HOME DECOR ON KINGS HIGHWAY, INC.

                   Plaintiff

-against-

UNITED NATIONAL GROUP and UNITED
NATIONAL SPECIALTY INSURANCE COMPANY,

                   Defendants.
-----------------------------------------------------------X

*outgoing*

**MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT.**

**DOCKET & FILE**

05 CV 2005 (ARR) (KAM)

**CONSENT TO CHANGE ATTORNEY**

IT IS HEREBY CONSENTED THAT **JEFFREY M. CASSUTO, ESQ.** of No. 299 Broadway, Suite 1020, New York, New York 10007 be substituted as attorney of record for the undersigned party in the above entitled action in place and stead of the undersigned attorney as of the date hereof.

Dated: New York, New York
       July 13, 2005

JEFFREY M. CASSUTO, ESQ.

MARK BRATKOVSKY, ESQ.

HOME DECOR FURNITURE AND
LIGHTING and HOME DECOR ON
KINGS HIGHWAY, INC
BY: IGOR KHOTYLEV

*Incoming Counsel must register for ECF immediately and ensure that he will receive orders electronically. All dates and deadlines remain in effect.*

*SO ORDERED.*

U.S.M.J 7/15/05