UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
HOME DECOR FURNITURE AND LIGHTING, INC.,    :    05 CV 2005 (ARR)
                    Plaintiff,                                   :
                                                                 :    **NOT FOR**
        -against-                                                :    **ELECTRONIC**
                                                                 :    **OR PRINT**
UNITED NATIONAL GROUP, et al.,                                   :    **PUBLICATION**
                    Defendants.                                  :
                                                                 :    **ORDER**
---------------------------------------------------------------- X

ROSS, United States District Judge:

The court has reviewed the parties' pre-motion letters concerning their proposed motions for summary judgment, and determined that a pre-motion conference is not necessary in this case. The court therefore grants both parties permission to bring the motions. The court directs counsel for the parties to prepare a joint proposed briefing schedule. The joint proposed briefing schedule should be submitted to the court for approval by February 17, 2006.

        SO ORDERED.

                                                    _____
                                                    Allyne R. Ross
                                                    United States District Judge

Dated: February 3, 2006
        Brooklyn, New York

1

## SERVICE LIST:

### Plaintiff's Attorney
Jeffrey M. Cassuto, Esq
299 Broadway
Suite 1020
New York, NY 10007

### Defendants' Attorney
Edward S. Benson
Nicoletti Gonson & Spinner LLP
546 Fifth Avenue, 20th Floor
New York, NY 10036

cc: Magistrate Judge Kiyo A. Matsumoto